UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMOND HICKS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JAMES REDD, JR., )<br>    Defendant. ) | No. 1:18-cv-12241-WGY |

## DEFENDANT'S MOTION FOR EXEMPTION FROM LOCAL RULE 7.1(A)(2)

Lt. James Redd, Jr., defendant in the above matter, respectfully request that this Court exempt him from the requirements of Local Rule 7.1(A)(2) for the accompanying Motion to Dismiss, and for all subsequent motions that may be filed by either party in this matter. As grounds therefor, Defendant asserts that Plaintiff Demond Hicks is a *pro se* inmate and any attempts to confer with him prior to filing of motions would be unduly burdensome and unlikely to serve a useful purpose.

    Respectfully submitted,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

Dated: April 19, 2019    /s/Richard E. Gordon
    Richard E. Gordon, BBO #678741
    Department of Correction-Legal Division
    70 Franklin Street, Suite 600
    Boston, MA 02110
    617-727-3300 ext. 1199
    Richard.Gordon@MassMail.State.MA.US

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be mailed to those indicated as non-registered participants, including the *pro se* plaintiff at the following address:

        Demond Hicks (W107908)
        Souza Baranowski Correctional Center
        Harvard Road, PO Box 8000
        Shirley, MA 01464

Dated: April 19, 2019        /s/Richard E. Gordon
        Richard E. Gordon, BBO #678741